# United States Court of Appeals
## For the First Circuit

No. 02-2112

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN SANTIAGO-VÁZQUEZ, a/k/a JUAN CORAZÓN,

Defendant, Appellant.

**JUDGMENT**

Entered: April 7, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Juan Santiago-Vazquez's conviction and sentence are affirmed save that the drug treatment and drug testing portions of Santiago's supervised release conditions are vacated, and the matter is remanded for resentencing as to those conditions.

By the Court:

RICHARD CUSHING DONOVAN

_____
Richard Cushing Donovan, Clerk

[Certified copies to Hon. Perez-Gimenez and Ms. Frances de Moran, Clerk, United States District Court for Puerto Rico. Copies to Mr. Rodriguez-Coss, Mr. Vasquez, Mr. Perez-Sosa, Mr. Rieckhoff, & Mr. Ortiz-Lebron.]