# UNITED STATES DISTRICT COURT

FOR THE     DISTRICT OF     PUERTO RICO

UNITED STATES OF AMERICA,                    **APPEARANCE**

v.                                           CASE NUMBER: 97-071 (CCC)

JUAN SANTIAGO-VAZQUEZ, ET AL.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

|  |  |
|---|---|
| _____May 20, 2005_____ | __s/ Jacabed Rodríguez Coss__ |
| *Date* | *Signature* |
| | |
| | Jacabed Rodríguez Coss |
| | *Print Name* |
| | |
| | *Torre Chardon, Suite 1201* |
| | *Address* |
| | |
| | *Hato Rey, Puerto Rico 00918* |
| | *City* |
| | |
| | *(787) 766-5656* |
| | Phone Number |

CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CMF/ECF system which will send notification to the counsel of record:

      s/ Jacabed Rodríguez Coss
      Jacabed Rodríguez Coss