AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE   DISTRICT OF   PUERTO RICO

UNITED STATES OF AMERICA,            **APPEARANCE**

v.                                   CASE NUMBER: 97-71 (CCC)

**JUAN SANTIAGO-VAZQUEZ, ET AL.**

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

| | |
|---|---|
| 01/11/06 | /s/Jacabed Rodriguez Coss |
| *Date* | *Signature* |
| | |
| | *Jacabed Rodriguez Coss* |
| | *Print Name* |
| | |
| | *350 Torre Chardon, Suite 1201* |
| | *Address* |
| | |
| | *Hato Rey, Puerto Rico 00918* |
| | *City* |
| | |
| | *(787) 766-5656* |
| | Phone Number |