AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO _____

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CASE NUMBER: 97-071(PG) |
| JOSE L. DIAZ-FONTANEZ, ET AL. | |

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant United States Attorney who has filed an appearance form in this case is to be terminated.

August 26, 2008
Date

/s/ *José A. Contreras*
Signature

José A. Contreras - USDC #2G00612
Print Name

*United States Attorney's Office*
*Chardón Tower, Suite 1201*
Address

*San Juan, Puerto Rico 00918*
City

*(787) 766-5656*
Telephone Number

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

    In San Juan, Puerto Rico this ____ day of _____, 2008.

    S/*Jeanette Mercado-Ríos*
    Assistant U.S. Attorney